**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 31, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00171-CV

---

## ROBERT BOSONE AND RIVER OAKS BODY COLLISION, INC., INDIVIDUALLY, AND D/B/A RIVER OAKS PAINT & BODY, Appellants

### V.

## STACY MORAN, Appellee

---

### On Appeal from the 113th District Court
### Harris County, Texas
### Trial Court Cause No. 2018-24095

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed on December 30, 2019. On March 12, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, Poissant.